IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **Carmen Purl, M.D.**, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 2:24-cv-228-Z |
| **United States Department of Health and Human Services**, et al., | § § § § | |
| *Defendants.* | § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS / DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.1(c), Plaintiff Carmen Purl, M.D., by and through her attorneys, states that she is an individual and not a nongovernmental corporate party; and Plaintiff Carmen Purl, M.D., PLLC, d/b/a Dr. Purl's Fast Care Walk In Clinic, by and through its attorneys, states that it is a Texas for-profit corporation, it has no parent corporation, nor does any publicly-held company own ten percent or more of its stock.

Plaintiffs certify that the following is a complete list[1] of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Carmen Purl, M.D.

2. Carmen Purl, M.D., PLLC, d/b/a Dr. Purl's Fast Care Walk In Clinic

---

[1] The undersigned counsel makes no representations on behalf of defendants.

2

3. United States Department of Health and Human Services ("HHS")

4. Xavier Becerra

5. Office for Civil Rights of the HHS

6. Melanie Fontes Rainer

7. Alliance Defending Freedom

8. Natalie D. Thompson

9. Matthew S. Bowman

10. Julie Marie Blake

Respectfully submitted this 21st day of October, 2024.

/s/ *Natalie D. Thompson*
**Natalie D. Thompson**
TX Bar No. 24088529
Matthew S. Bowman
DC Bar No. 993261
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001
Telephone: (202) 393-8690
Facsimile: (202) 347-3622
nthomspon@ADFlegal.org
mbowman@ADFlegal.org

Julie Marie Blake
VA Bar No. 97891
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, Virginia 20176
Telephone: (571) 707-4655
Facsimile: (571) 707-4790
jblake@ADFlegal.org

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I electronically filed the foregoing document through this Court's ECF system. I further certify that this document will be served on all defendants with the summonses and complaint.

/s/ *Natalie D. Thompson*
**Natalie D. Thompson**