IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARMEN PURL, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

    Defendants.

2:24-CV-228-Z

# ORDER

Pursuant to the Court's order preliminarily enjoining Defendants from enforcing the 2024 Rule against Plaintiffs, ECF No. 34 at 21–22, the Court now **ORDERS** the following schedule:

- Any motions for summary judgment shall be filed **on or before January 17, 2025**.

- Response briefing to summary judgment motions shall be filed **on or before January 24, 2025**.

- Reply briefing to summary judgment motions shall be filed **on or before January 31, 2025**.

**SO ORDERED**.

December 23, 2024

                                                          MATTHEW J. KACSMARYK
                                                          UNITED STATES DISTRICT JUDGE