IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CARMEN PURL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | 2:24-CV-228-Z |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Responsive Pleading Deadline ("Motion") (ECF No. 32), filed December 17, 2024. Defendants request "to extend their responsive pleading deadline" until 30 days after the Court has resolved Plaintiffs' pending motion for preliminary injunction. ECF No. 32 at 1. The Court has resolved the motion for preliminary injunction. ECF No. 34. Pursuant to that Order, the Court ordered expedited motions for summary judgment briefing additional issues. *Id.* at 21–22. Under the current schedule, both parties must file motions for summary judgment by January 17, 2025. ECF No. 35.

The Court **GRANTS** the Motion **IN PART**. Defendants must file responsive pleadings **on or before January 17, 2025**, concurrent with their motion for summary judgment.

**SO ORDERED.**

December 23, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE