IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CARMEN PURL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | 2:24-CV-228-Z |

## ORDER

Before the Court is Defendants' Opposed Motion to Amend Briefing Schedule ("Motion") (ECF No. 37), filed January 3, 2025. Defendants request to amend the current summary judgment briefing schedule. They argue good cause exists because there is insufficient time to argue the issues the Court identified, including the 2024 Rule's interaction with the major questions doctrine and the nondelegation doctrine, and the constitutionality of HIPAA.

The Court **GRANTS** the Motion. Defendants likely cannot adequately brief the substantial questions the Court presents under the current schedule. And an extended briefing schedule will give all parties an opportunity to evaluate the new administration's view of the 2024 Rule and how its approach may or may not affect the arguments or the need for the case to continue. Accordingly, the Court **ORDERS** the parties to comply with the following schedule and nullifies the schedule currently in effect:

- Any motions for summary judgment shall be filed **on or before January 17, 2025**. Defendants may use their motion for summary judgment as a responsive pleading.

- Response briefing to the summary judgment motions shall be filed **on or before February 17, 2025**.

- Reply briefing to the summary judgment motions shall be filed **on or before March 17, 2025**.

**SO ORDERED**.

January 6, 2025

*[signature]*

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE