# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| CARMEN PURL, M.D., *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | No. 2:24-cv-228-Z |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the undersigned attorney, Jody D. Lowenstein of the United States Department of Justice, Civil Division, Federal Programs Branch, enters his appearance in the above-captioned matter as counsel of record for Defendants and will replace John T. Lewis, who hereby withdraws as counsel of record.

Dated: January 17, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*