# IN THE UNITED STATES OF AMERICA
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| Carmen Purl, M.D.; and Carmen Purl, M.D., PLLC d/b/a Dr. Purl's Fast Care Walk In Clinic,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Office for Civil Rights of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,<br><br>*Defendants*. | Civil Action No. 2:24-cv-228-Z |

**PROPOSED INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO INTERVENE**

Pursuant to Fed. R. Civ. P. 24(a) and (b), the City of Columbus, Ohio, the City of Madison, Wisconsin, and Doctors for America ("Proposed Intervenor-Defendants") respectfully move for leave to intervene as defendants in the above-captioned case. Proposed Intervenor-Defendants seek to intervene as to both counts. The accompanying Memorandum sets out why the Court should grant Proposed Intervenor-Defendants' motion. A Proposed Order Granting the Motion for Leave to Intervene is attached as Exhibit 1, a Proposed Motion for Summary Judgment is attached as Exhibit 2, a Memorandum in Support of that Motion is attached as Exhibit 3, an

1010789792

appendix in support of that Motion is attached as Exhibit 4, and a Proposed Order granting that Motion is attached as Exhibit 5.

Date:   January 17, 2025                                    Respectfully submitted,

<u>/s/ Ryan P. Brown</u>
Ryan Patrick Brown
RYAN BROWN ATTORNEY AT LAW
P.L.L.C
1222 S. Fillmore
Amarillo, Texas 79101
(806) 372-5711 (phone)
ryan@ryanbrownattorneyatlaw.com

*Counsel to Intervenor-Defendants*

-and-

Shannon Rose Selden – *Pro Hac Vice Pending*
Adam Aukland Peck – *Pro Hac Vice Pending*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000 (phone)
(212) 909-6836 (fax)
srselden@debevoise.com
aauklandpeck@debevoise.com

*Counsel to Intervenor-Defendants*

-and-

Anna A. Moody – *Pro Hac Vice Pending*
Gabriel A. Kohan – *Pro Hac Vice Pending*
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
(202) 383-8000 (phone)
(202) 383-8118 (fax)
amoody@debevoise.com
gakohan@debevoise.com

*Counsel to Intervenor-Defendants*

Carrie Y. Flaxman – *Pro Hac Vice Pending*
Madeline H. Gitomer – *Pro Hac Vice Pending*
Emma R. Leibowitz – *Pro Hac Vice Pending*
DEMOCRACY FORWARD
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 (phone)
cflaxman@democracyforward.org
mgitomer@democracyforward.org
eleibowitz@democracyforward.org

*Counsel to Intervenor-Defendants*

-and-

Aisha Rich – *Pro Hac Vice Pending*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
aisha@publicrightsproject.org

*Counsel to City of Columbus and City of Madison*

2

1010789792

## CERTIFICATE OF CONFERENCE

I certify that on January 15, 2025, counsel for Proposed Intervenor-Defendants conferred with counsel for the Defendants regarding this Motion. Counsel for the Defendants stated that they oppose Proposed Intervenor-Defendants' intervention. I further certify that counsel for Proposed Intervenor-Defendants conferred with Plaintiffs' counsel regarding this Motion on January 15, 2025. Counsel for the Plaintiffs also stated that Plaintiffs oppose this motion. Proposed Intervenors disagree and so file this motion.

<i>/s/ Ryan P. Brown</i><br>
Ryan Patrick Brown

1010789792

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Ryan P. Brown*
Ryan Patrick Brown

1010789792