IN THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Carmen Purl, M.D.; and Carmen Purl, M.D., PLLC d/b/a Dr. Purl's Fast Care Walk In Clinic,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Office for Civil Rights of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,<br><br>*Defendants*. | Civil Action No. 2:24-cv-228-Z |

## [PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO INTERVENE

Upon consideration of the Motion for Leave to Intervene and Memorandum in Support submitted by the City of Columbus, Ohio, the City of Madison, Wisconsin, and Doctors for America, it is hereby ORDERED that the Motion is GRANTED.

**SO ORDERED**

SIGNED January ___, 2025

_____

**HON. MATTHEW J. KACSMARYK**
**UNITED STATES DISTRICT JUDGE**

1010789785