IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARMEN PURL, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

    Defendants.

2:24-CV-228-Z

## ORDER

Before the Court are the City of Madison, Wisconsin's, the City of Columbus, Ohio's, and the Doctors for America's Applications for Admission *Pro Hac Vice* ("Applications") (ECF Nos. 52; 53; 54; 55; 56; 57; 58; 59), all filed January 17, 2025. Anna A. Moody, Adam Aukland-Peck, Aisha Rich, Gabriel Kohan, Carrie Y. Flaxman, Emma R. Leibowitz, Madeline H. Gitomer, and Shannon Rose Selden all represent that they have read — and will comply with — both *Dondi Props. Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And they all identify local counsel consistent with Local Rule 83.10. Thus, the Applications are **GRANTED**.

    **SO ORDERED**.

    January 21, 2025

                                          MATTHEW J. KACSMARYK
                                          UNITED STATES DISTRICT JUDGE