IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CARMEN PURL, M.D., *et al.*, <br><br>  *Plaintiffs*, <br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | No. 2:24-cv-228-Z |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES**

In light of the recent change in administration, defendants respectfully request a two-week extension of their deadline to respond to plaintiffs' motion for summary judgment—which is currently February 17, 2025—to allow incoming leadership personnel at the Department of Health and Human Services additional time to evaluate their position in this case and determine how best to proceed. The parties conferred, and plaintiffs do not oppose such an extension, so long as the Court grants a comparable extension of plaintiffs' deadline to respond to defendants' dispositive motion, which also is currently February 17, 2025. Accordingly, defendants request that the Court extend both briefing deadlines until March 3, 2025. A proposed order is attached.

Dated: February 11, 2025         Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869

1

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The parties conferred, and plaintiffs do not oppose the relief requested herein.

                                                  */s/ Jody D. Lowenstein*
                                                  JODY D. LOWENSTEIN
                                                  Trial Attorney
                                                  U.S. Department of Justice

## CERTIFICATE OF SERVICE

On February 11, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                  */s/ Jody D. Lowenstein*
                                                  JODY D. LOWENSTEIN
                                                  Trial Attorney
                                                  U.S. Department of Justice