IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CARMEN PURL, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-228-Z |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

# ORDER

Before the Court is Defendants' Unopposed Motion to Extend Briefing Deadlines ("Motion") (ECF No. 63), filed February 11, 2025. Defendants request "a two-week extension of their deadline to respond to plaintiffs' motion for summary judgment" because of the "recent change in administration." ECF No. 63 at 1. Plaintiffs agree to the extension provided their deadline to respond to Defendants' dispositive motion is similarly extended.

The Court **GRANTS** the Motion. Plaintiffs and Defendants must file their responses to each other's dispositive motions **on or before March 3, 2025**.

**SO ORDERED.**

February 13, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE