IN THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Carmen Purl, M.D.; and Carmen Purl, M.D., PLLC d/b/a Dr. Purl's Fast Care Walk In Clinic, <br><br> *Plaintiffs*, <br><br> v. <br><br> United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Office for Civil Rights of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services, <br><br> *Defendants*, <br><br> and <br><br> City of Columbus, Ohio; City of Madison, Wisconsin; and Doctors for America, <br><br> *Proposed Intervenor-Defendants*. | Civil Action No. 2:24-cv-00228 |

**PROPOSED INTERVENOR-DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.4, Proposed Intervenor-Defendants the City of Columbus, Ohio, the City of Madison, Wisconsin, and Doctors for America oppose Plaintiffs' Motion for Summary Judgement on Counts I and II of their Complaint (ECF 1). This Response is supported by Proposed Intervenor-Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgement, which sets

forth the arguments and authorities on which Intervenor-Defendants rely and contains the matters required by Local Rule 56.4.

Date:   March 3, 2025

Respectfully submitted,

*/s/ Shannon R. Selden*

Shannon Rose Selden–*Admitted Pro Hac Vice*
Adam Aukland-Peck–*Admitted Pro Hac Vice*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000 (phone)
(212) 909-6836 (fax)
srselden@debevoise.com
aauklandpeck@debevoise.com

*Counsel to Proposed Intervenor-Defendants*

-and-

Carrie Y. Flaxman – *Admitted Pro Hac Vice*
Madeline H. Gitomer – *Admitted Pro Hac Vice*
Emma R. Leibowitz – *Admitted Pro Hac Vice*
DEMOCRACY FORWARD
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 (phone)
cflaxman@democracyforward.org
mgitomer@democracyforward.org
eleibowitz@democracyforward.org

*Counsel to Proposed Intervenor-Defendants*

-and-

Aisha Rich – *Admitted Pro Hac Vice*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
aisha@publicrightsproject.org

*Counsel to City of Columbus and City of Madison*

Anna A. Moody – *Admitted Pro Hac Vice*
Gabriel A. Kohan – *Admitted Pro Hac Vice*
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
(202) 383-8000 (phone)
(202) 383-8118 (fax)
amoody@debevoise.com
gakohan@debevoise.com

*Counsel to Proposed Intervenor-Defendants*

-and-

Ryan Patrick Brown
RYAN BROWN ATTORNEY AT LAW P.L.L.C
1222 S. Fillmore
Amarillo, Texas 79101
(806) 372-5711 (phone)
ryan@ryanbrownattorneyatlaw.com

*Counsel to Proposed Intervenor-Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Shannon R. Selden*
Shannon Rose Selden