# Appendix A

*Amici Curiae* Statements of Interest

*Organizations:*

**Access Bridge, a Program of the Bridge Center at the Public Health Institute**, fills critical gaps in reproductive health care in emergency departments (EDs) across the United States by building the capacity of EDs to serve as reproductive health safety nets, focusing on communities with limited access. Healthcare providers caring for patients' reproductive health needs require the highest level of privacy protections to build patient trust and deliver evidence-based care.

**Advocates for Transgender Equality Education Fund ("A4TE")** is a nonprofit organization dedicated to advocating for the rights of transgender and nonbinary individuals across the United States. A4TE seeks to achieve full lived equality for the transgender and nonbinary community through impact litigation, policy advocacy, and education.

**Aria Medical Clinic** provides abortion and early pregnancy loss health care. To protect its patients from the serious consequences of care avoidance and care denial, Aria Medical Clinic relies on the 2024 Rule preserving patient privacy.

The **Center for Reproductive Rights** ("The Center") is a global human rights organization that works to ensure reproductive rights are protected in law as fundamental human rights. The Center focuses on advocating for people to have access to a full range of high-quality reproductive healthcare before, during, and after pregnancy. On behalf of our patient and provider clients, the Center promotes access to health care free from stigma, harassment, discrimination, or criminalization through its groundbreaking litigation, legal policy, and advocacy work.

**Doing Right By Birth** re-centers the care of pregnant people who use drugs, their children, families, and communities on science, compassion, and human rights via cross-sector collaborations, legal-medical-partnerships, and health professional convenings and trainings. Doing Right by Birth regularly discusses mandatory reporting and patient privacy when providing trainings to health care providers.

**Electronic Privacy Information Center ("EPIC")** focuses public attention on emerging privacy and civil liberties issues to protect the fundamental right of privacy, freedom of expression, and democratic values in the information age. EPIC advocates for reproductive privacy free from invasive commercial surveillance and governmental intrusion.

**FemHealth USA dba carafem** provides sexual and reproductive health care. FemHealth currently provides family planning and abortion care in 19 states across the US and has found that privacy is of the highest concern to patients.

**Legal Action Center ("LAC")** uses legal and policy strategies to fight discrimination, build health equity, and restore opportunity for people with arrest and conviction records, substance

1

use disorders, and HIV or AIDS. LAC regularly provides public education and technical assistance to providers on the Health Insurance Portability and Accountability Act of 1996 and the Privacy Rule ("HIPAA"), as well as related federal and state laws that protect the confidentiality of criminalized and stigmatized health records. LAC also regularly provides guidance to providers responding to inquiries, surveillance, and subpoenas from law enforcement or family policing authorities.

**Movement for Family Power ("MFP")** is a national, abolitionist movement hub and incubator, cultivating and harnessing community power to end family policing and build a world where all families can thrive. MFP advocates for family safety and well-being outside of carceral systems, including ending the criminalization of pregnant and parenting people seeking health care.

**MYA Network** is a group of clinicians, patients and activists who are working to integrate early abortion care into primary care.

The **National Abortion Federation ("NAF")** is the professional association of abortion providers. NAF unites, represents, serves, and supports abortion providers in delivering patient-centered, evidence-based care.

The **National Center for Youth Law ("NCYL")** is a non-profit law firm that, for over 50 years, has worked to protect the rights of youth and ensure they have the resources, support, and opportunities they need for healthy and productive lives. NCYL provides representation to youth in cases that have broad impact and engages in legislative and administrative advocacy to provide youth a voice in policy decisions that affect their lives. As part of its health agenda, NCYL works to ensure that all youth have access to necessary health care, including reproductive care, and educates the public about state mandatory reporting laws and their intersection with young people's confidential access to health care.

The **National Partnership for Women & Families ("National Partnership")** is a national advocacy organization that develops and promotes policies to help women achieve equal opportunity, high-quality health care, and economic security for themselves and their families. Since its founding in 1971, the National Partnership has worked to advance women's health, reproductive rights, and equal economic opportunities through several means, including by advocacy for reproductive health privacy and challenging discriminatory policies in the courts.

**Nevada County Citizens for Choice** is a California nonprofit organization that maintains a community reproductive health clinic in partnership with Women's Health Specialists, the services provider. Nevada County Citizens for Choice can attest to the critical importance of strong privacy protections for recipients of sensitive reproductive health services.

**Physicians for Reproductive Health ("PRH")** is a doctor-led nonprofit that seeks to ensure meaningful access to comprehensive reproductive health care services, including contraception and abortion. Since its founding in 1992, PRH has organized and amplified the voices of medical providers to advance reproductive health, rights, and justice. PRH's network is comprised of physicians in all 50 states, the District of Columbia, and Puerto Rico, and includes over 500

fellows. PRH has unique insight into the harms of pregnancy discrimination and criminalization, including when people are criminalized for self-managing their abortions.

**Positive Women's Network-USA ("PWN-USA")** is a national organization building power by and for cisgender and transgender women and gender diverse people with HIV, with a focus on those communities most impacted by the epidemic. PWN-USA envisions a future in which communities are no longer subject to over-policing, surveillance, or brutality from the criminal legal system; and where everyone can access trauma-informed, comprehensive healthcare without threat of discrimination, liability, or punishment.

**Possible Health** is a provider of virtual reproductive healthcare. It was founded in 2021 to provide access to medication abortion through telehealth. Possible Health includes several provider groups that deliver telehealth services through physicians and advanced practice clinicians to patients in various states. Possible Health is interested in preserving the privacy protections that apply to its patients so that they can safely access abortion care. The Court's decision could have broad-reaching effects on Possible Health's patients.

**Reproductive Health Access Project ("RHAP")** aims to expand and protect access to reproductive health care by addressing the harmful impacts of criminalization, provider confusion, and bias, which erode patient trust and deter individuals from seeking essential care.

The **Society of Family Planning ("SFP")** is a leading source for abortion and contraception science, representing more than 1,800 clinicians and scholars who believe in just and equitable abortion- and contraception-informed science. SFP works to build a diverse, equitable, inclusive, and multidisciplinary community of scholars and partners engaged in the science and medicine of abortion and contraception. It seeks to support the production and resourcing of research primed for impact, ensure clinical care is evidence-informed and person-centered through guidance, medical education, and other activities, and develop leaders in abortion and contraception to transform the health care system.

The **UCSF Bixby Center for Global Reproductive Health** integrates research, training, clinical care, and advocacy to advance reproductive autonomy, equitable and compassionate care, and reproductive and sexual health worldwide.

*Individuals:*

**Dr. Aishat Olatunde, MD, MS**, is an Obstetrician-Gynecologist who provides care for people experiencing various pregnancy complications and navigating decision-making around those complications.

**Dr. Alexandra K. Fayne-Frederick, MD**, is a Pediatrician and Adolescent Medicine physician.

**Dr. Arianna Cassidy, MD**, is a board-certified Obstetrician-Gynecologist.

**Dr. Cara Heuser, MD, MS**, is a physician providing high-risk pregnancy care in Salt Lake City.

3

**Dr. Carrie Pierce, MD**, is a family doctor with particular interest in sexual and reproductive health care, who sometimes sees patients from other states seeking healthcare that is impossible or difficult to access in their home states.

**Dr. Chris Creatura, MD**, is an Obstetrician-Gynecologist clinician, educator, advocate, and academic.

**David S. Cohen, JD**, is a Professor at Drexel University Kline School of Law who has studied and written about the impact overturning *Roe* has on abortion providers and patients.

**Greer Donley, JD**, is an Associate Professor at the University of Pittsburgh Law School, where she studies the impact of abortion bans on reproductive healthcare writ large.

**Dr. Jessica L. Rubino, MD**, is a Family Medicine physician who previously practiced in Texas, but ultimately relocated out of the state in order to provide full-spectrum reproductive care. Dr. Rubino is now the Medical Director of an out-of-state clinic.

**Dr. Josephine Urbina, MD**, is an Obstetrician-Gynecologist and fellowship-trained Complex Family Planning specialist. She provides full-spectrum sexual and reproductive health care, including abortion and gender-affirming care, to Spanish-speaking, immigrant, and farm worker communities in Northern California.

**Dr. Julia McDonald, DO, MPH**, is a physician and abortion provider.

**Dr. Juliana Friend, PhD**, is a Postdoctoral Researcher in the Department of Epidemiology & Biostatistics at the University of California, San Francisco's Bixby Center for Global Reproductive Health. She is an anthropologist specializing in the intersection between digital technologies and health.

**Dr. Lauren Carlos, MD, MS**, is a Maternal Fetal Medicine physician and abortion provider.

**Dr. Megan Masten, MD**, is an Obstetrician-Gynecologist and Complex Family Planning provider whose mission is to improve access to comprehensive contraception and abortion services.

**Dr. Mishka Terplan, MD, MPH, FACOG, DFASAM**, is an Obstetrician-Gynecologist and Addiction Medicine provider, researcher, and public health practitioner.

**Dr. Panna Lossy, MD**, is a primary care doctor and advocate for health data privacy.

**Dr. Renee E. Mestad, MD, MSCI**, is a physician in reproductive healthcare.

**Dr. Robin Schickler, MD**, is an Obstetrician-Gynecologist physician who focuses on sexual and reproductive health.

**Dr. Zoe Taylor, MD, MBA**, is a family physician working at a tribal clinic practicing reproductive healthcare, and she provides education on self-managed abortion through the Miscarriage and Abortion Hotline.

**Dr. Yasaman Zia, PhD**, is a researcher at the University of California, San Francisco's Bixby Center for Global Reproductive Health. Dr. Zia conducts multidisciplinary research with an emphasis on abortion and contraception outcomes.