IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CARMEN PURL, M.D., et al.<br><br>        Plaintiffs,<br><br>  vs.<br><br>U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>        Defendants. | No.: 2:24-cv-228-Z |

**[PROPOSED] ORDER GRANTING AMICI'S UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Upon consideration of Amici's Unopposed Motion for Leave to File Amicus Brief, the Court hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: _____      _____

                                                                           MATTHEW J. KACSMARYK

                                                                           UNITED STATES DISTRICT JUDGE