IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARMEN PURL, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

    Defendants.

2:24-CV-228-Z

## ORDER

Before the Court is the American College of Obstetricians and Gynecologists's and the Society for Maternal-Fetal Medicine's ("Amici") Motion for Leave to Proceed Without Local Counsel ("Motion") (ECF No. 79), filed March 10, 2025. Amici "request that the Court grant leave . . . to proceed in this case without local counsel" under Local Rule 83.10. ECF No. 79 at 1. Local Rule 83.10(a) requires local counsel who resides or has a principal office located within 50 miles of the courthouse. It also permits the presiding judge to grant leave to proceed without local counsel. Local Rule 83.10(a). Amici argue local counsel is not necessary because of their "limited . . . role in these proceedings." *Id.* They only intend to make appearances related to their amicus brief. *Id.* Additionally, all counsel for amici "are familiar with the Local Rules and this Court's specific requirements." *Id.* Other parties have not indicated their position on the Motion before filing. *Id.* at 2. Accordingly, the Court **GRANTS** the Motion and waives the local counsel requirement for the American College of Obstetricians and Gynecologists and the Society for Maternal-Fetal Medicine solely for proceedings related to their amicus brief.

**SO ORDERED**.

March /2, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE