**Supplemental Index to the Administrative Record**

| Bates Label | Description |
|---|---|
| Supp0000001 - 0000012 | Publication from the American Journal of Obstetrics & Gynecology Maternal-Fetal Medicine "Consensus Guidelines and State Policies: The Gap Between Principle and Practice at the Intersection of Substance Use and Pregnancy" |
| Supp0000012 - 0000017 | Publication from JAMA "As Laws Restricting Health Care Surge, Some US Physicians Choose Between Fight or Flight" |
| Supp0000018 - 0000029 | Publication from the Vera Institute for Justice on Racial Disparities in Incarceration |
| Supp0000030 - 0000098 | Publication from Harvard Law Review "The Law of Interpretation" |
| Supp0000099 - 0000104 | Publication from the American Journal of Public Health "Legal Authority for Infectious Disease Reporting in the United States: Case Study of the 2009 H1N1 Influenza Pandemic" |
| Supp0000105 - 0000106 | CDC Fact Sheet "How Tracking Deaths Protects Health" |
| Supp0000107 - 0000115 | American Community Survey S0101, AGE AND SEX 2022: ACS 5-Year Estimates Subject Tables (females aged 10-44) Placeholder Document |
| Supp0000116 - 0000122 | U.S. Census Bureau Definition of "Sex" |
| Supp0000123 - 0000130 | Kaiser Family Foundation data on "Market Share and Enrollment of Largest Three Insurers—Large Group Market" Placeholder Document |
| Supp0000131 - 0000131 | FRN for Statement of Delegation of Authority, 65 FR 82381 |

| | |
|---|---|
| Supp0000132 - 0000162 | FRN for Breach Notification for Unsecured Protected Health Information Interim Final Rule, 74 FR 42720 |
| Supp0000163 - 0000175 | Publication from the Annals of Internal Medicine journal "Health Information Privacy, Protection, and Use in the Expanding Digital Health Ecosystem: A Position Paper of the American College of Physicians" |
| Supp0000176 - 0000188 | Publication from PLoS One journal "Trust in the Health Care Professional and Health Outcome: A Meta-Analysis" |
| Supp0000189 - 0000190 | Publication from Arthritis & Rheumatology journal "More than half of patients with a rheumatic disease or immunologic condition undergoing methotrexate treatment reside in states in which the overturning of Roe v. Wade can jeopardize access to medications with abortifacient potential" |
| Supp0000191 - 0000201 | Center for American Progress Publication "1 Year Without Roe," where a physician detailed her fear about speaking freely with her patients after Dobbs |
| Supp0000202 - 0000204 | "Information Blocking Regulations Work In Concert with HIPAA Rules and Other Privacy Laws to Support Health Information Privacy" |
| Supp0000205 - 0000209 | NAAG Webpage about the National Association of Medicaid Fraud Control Units |
| Supp0000210 - 0000213 | U.S. Senate Committee on Finance News Release on Wyden, Jayapal and Jacobs Inquiry on Pharmacies' Protection of Medical Records |
| Supp0000214 - 0000217 | "Pharmacies Shared Patient Records Without a Warrant, an Inquiry Finds," The New York Times |
| Supp0000218 - 0000227 | JAMA Psychiatry publication "Women's Mental Health and Well-being 5 Years After Receiving or Being Denied an Abortion: A Prospective, Longitudinal Cohort Stud" |

| | |
|---|---|
| Supp0000228 - 0000562 | National Academy of Sciences Publication "Beyond the HIPAA Privacy Rule: Enhancing Privacy, Improving Health Through Research" from the Institute of Medicine (US) Committee on Health Research and the Privacy of Health Information: The HIPAA Privacy Rule |
| Supp0000563 - 0000563 | Encyclopedia of Bioethics Page 2632 on Hippocratic Oath, Edited by Warren T. Reich |
| Supp0000564 - 0000575 | FRN for Civil Money Penalties Interim Final Rule, 68 FR 18895, 18898 |
| Supp0000576 - 0000822 | FRN for Health Data, Technology, and Interoperability Final Rule, 89 FR 1192, 1302 |
| Supp0000823 - 0000898 | FRN for Confidentiality of Substance Use Disorder Patient Records Final Rule, 82 FR 6052, 6082–83 |
| Supp0000899 - 0000901 | FRN for Executive Order 14094, Modernizing Regulatory Review, 88 FR 21879 |
| Supp0000902 - 0000904 | FRN for Executive Order 13563, Improving Regulation and Regulatory Review, 76 FR 3821 |
| Supp0000905 - 0000907 | FRN for Agency Information Collection Request Notice, 88 FR 3997 |
| Supp0000908 - 0000910 | FRN for Executive Order 14076, Protecting Access to Reproductive Health Services, 87 FR 42053 |
| Supp0000911 - 0000913 | FRN for Executive Order 14079, Securing Access to Reproductive and Other Healthcare Services, 87 FR 49505 |
| Supp0000914 - 0000921 | The Sentencing Project U.S. Criminal Justice Data, State-by-State Data |

| Supp0000922 - 0001063 | Hearing on Comparative Clinical Effectiveness before House of Representatives Committee on Ways and Means, Subcommittee on Health, Testimony of Peter R. Orszag, Director, Congressional Budget Office |
|---|---|
| Supp0001064 - 0001142 | Congressional Record S2670, Statement of Sen. Durenberger introducing S.1836, American Health Quality Act of 1991 and reading bill text |
| Supp0001143 - 0001144 | Secretary of Health and Human Services memorandum on further discussion of a health care provider's obligations under the EMTALA statute |
| Supp0001145 - 0001147 | HIPAA FAQ #554, "How do HIPAA authorizations apply to an electronic health information exchange environment?" |
| Supp0001148 - 0001152 | HHS Press Release, "Breaking Language Barriers: Biden-Harris Administration Announces New Plan to Address Language Barriers and Strengthen Language Access" |
| Supp0001153 - 0001162 | HHS Press Release, "HHS Issues New Proposed Rule to Strengthen Prohibitions Against Discrimination on the Basis of a Disability in Health Care and Human Services Programs" |
| Supp0001163 - 0001167 | HHS Press Release, "HHS Issues Proposed Rule to Advance Non-discrimination in Health and Human Service Programs for LGBTQI+ Community" |
| Supp0001168 - 0001171 | HHS Press Release, "HHS Announces Proposed Rule to Strengthen Nondiscrimination in Health Care" |
| Supp0001172 - 0001174 | HHS Off. for Civil Rights, "Health Information Privacy" website |
| Supp0001175 - 0001176 | HHS Off. for Civil Rights, "Health Information Privacy, Genetic Information" website |
| Supp0001177 - 0001195 | CDC Guidance "HIPAA Privacy Rule and Public Health: Guidance from CDC and the U.S. Department of Health and Human Services" |

| Supp0001196 - 0001204 | HHS Guidance "Resource for Health Care Providers on Educating Patients about Privacy and Security Risks to Protected Health Information when Using Remote Communication Technologies for Telehealth" |
|---|---|
| Supp0001205 - 0001216 | HHS Off. for Civil Rights, "Business Associate Contracts" Guidance |
| Supp0001217 - 0001218 | "Federal plain language guidelines," U.S. Gen. Servs. Admin. |
| Supp0001219 - 0001219 | HIPAA FAQ #475, "Is a copy, facsimile, or electronically transmitted version of a signed authorization valid under the Privacy Rule?," |
| Supp0001220 - 0001221 | HHS Off. for Civil Rights, "Health Insurance Portability and Accountability Act (HIPAA) Privacy Rule: A Guide for Law Enforcement" |
| Supp0001222 - 0001226 | HHS Off. for Civil Rights, "Notice of Privacy Practices for Protected Health Information" website |
| Supp0001227 - 0001230 | HHS Off. for Civil Rights, "Model Notices of Privacy Practices" website |