IN THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Carmen Purl, M.D.; and Carmen Purl, M.D., PLLC d/b/a Dr. Purl's Fast Care Walk In Clinic,<br><br>  *Plaintiffs*,<br> v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Office for Civil Rights of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,<br><br>  *Defendants*,<br><br>  and<br><br>City of Columbus, Ohio; City of Madison, Wisconsin; and Doctors for America,<br><br>  *Proposed Intervenor-Defendants*. | Civil Action No. 2:24-cv-00228-Z<br><br>**NOTICE OF APPEAL** |

  NOTICE is hereby given that Proposed Intervenor-Defendants, City of Columbus, Ohio, City of Madison, Wisconsin, and Doctors for America, appeal to the United States Court of Appeals for the Fifth Circuit from each and every part of the Attached Order of the Honorable Matthew J. Kacsmaryk, entered on April 15, 2025, denying Proposed Intervenor-Defendants' Motion to Intervene (ECF No. 103) (Exhibit A).

Date:   June 13, 2025

Respectfully submitted,

*/s/ Shannon R. Selden*

Shannon Rose Selden – *Admitted Pro Hac Vice*
Zachary H. Saltzman – *Admitted Pro Hac Vice*
Adam Aukland-Peck – *Admitted Pro Hac Vice*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000 (phone)
(212) 909-6836 (fax)
srselden@debevoise.com
saltzmzh@debevoise.com
aauklandpeck@debevoise.com

*Counsel to Proposed Intervenor-Defendants*

-and-

Carrie Y. Flaxman – *Admitted Pro Hac Vice*
Madeline H. Gitomer – *Admitted Pro Hac Vice*
Emma R. Leibowitz – *Admitted Pro Hac Vice*
DEMOCRACY FORWARD
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 (phone)
cflaxman@democracyforward.org
mgitomer@democracyforward.org
eleibowitz@democracyforward.org

*Counsel to Proposed Intervenor-Defendants*

-and-

Anna A. Moody – *Admitted Pro Hac Vice*
Gabriel A. Kohan – *Admitted Pro Hac Vice*
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
(202) 383-8000 (phone)
(202) 383-8118 (fax)
amoody@debevoise.com
gakohan@debevoise.com

*Counsel to Proposed Intervenor-Defendants*

-and-

Aisha Rich – *Admitted Pro Hac Vice*
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, California 94609
(510) 214-6960 (phone)
aisha@publicrightsproject.org

*Counsel to City of Columbus and City of Madison*

-and-

Ryan Patrick Brown
RYAN BROWN ATTORNEY AT LAW
P.L.L.C
1222 S. Fillmore
Amarillo, Texas 79101
(806) 372-5711 (phone)
ryan@ryanbrownattorneyatlaw.com

*Counsel to Proposed Intervenor-Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Shannon R. Selden*
Shannon Rose Selden