IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CARMEN PURL, *et al.*,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

    Defendants.

2:24-CV-228-Z

## JUDGMENT

The Court **GRANTED** Plaintiffs' Motion for Summary Judgment and **DENIED** Defendants' Motion to Dismiss for Lack of Jurisdiction. Accordingly, the HIPAA Privacy Rule to Support Reproductive Health Care Privacy at 89 Fed. Reg. 32976 is **VACATED** per 5 U.S.C. Section 706(2), except its modifications to 45 C.F.R. Section 164.520. But the provisions at 45 C.F.R. Section 164.520(b)(1)(ii)(F), (G), and (H) are **VACATED** per 5 U.S.C. Section 706(2). This case is therefore **DISMISSED** with prejudice. Judgment is rendered accordingly.

**SO ORDERED**.

June 18, 2025

                                                MATTHEW J. KACSMARYK
                                                UNITED STATES DISTRICT JUDGE