IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CARMEN PURL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | 2:24-CV-228-Z |

**AMENDED JUDGMENT**

The Court **GRANTED** Plaintiffs' Motion for Summary Judgment and **DENIED** Defendants' Motion to Dismiss for Lack of Jurisdiction. Accordingly, the HIPAA Privacy Rule to Support Reproductive Health Care Privacy at 89 Fed. Reg. 32976 is **VACATED** per 5 U.S.C. Section 706(2), except its modifications to 45 C.F.R. Section 164.520. But the provisions at 45 C.F.R. Section 164.520(b)(1)(ii)(F), (G), and (H) are **VACATED** per 5 U.S.C. Section 706(2). Judgment is rendered accordingly.

**SO ORDERED.**

July 3, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE