IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Carmen Purl, M.D., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> United States Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | Civil Action No. 2:24-cv-228-Z |

## MOTION TO WITHDRAW AS ATTORNEY

The undersigned attorney hereby files this Motion to Withdraw as Attorney for Proposed Intervenor-Defendants, City of Columbus, Ohio; City of Madison, Wisconsin; and Doctors for America. Effective July 18, 2025, the undersigned will no longer be employed with Democracy Forward Foundation. Proposed Intervenor-Defendants will continue to be represented by other counsel who have appeared on behalf of Proposed Intervenor-Defendants in this case.

Date: July 18, 2025

Respectfully submitted,

*/s/ Emma R. Leibowitz*
Emma R. Leibowitz
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 808-1970

*Counsel for Proposed Intervenor-Defendants*

**CERTIFICATE OF SERVICE**

      I, Emma R. Leibowitz, certify that I filed a copy of the foregoing document electronically via the Court's CM/ECF system, which effects service upon counsel who have appeared in this case.

Date: July 18, 2025                      */s/ Emma R. Leibowitz*
                                                           Emma R. Leibowitz