IN THE UNITED STATES OF AMERICA
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| Carmen Purl, M.D.; and Carmen Purl, M.D., PLLC d/b/a Dr. Purl's Fast Care Walk In Clinic,<br><br>    *Plaintiffs*,<br> v.<br><br>United States Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the United States Department of Health and Human Services; Office for Civil Rights of the United States Department of Health and Human Services; and Melanie Fontes Rainer, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,<br><br>    *Defendants*,<br><br>    and<br><br>City of Columbus, Ohio; City of Madison, Wisconsin; and Doctors for America,<br><br>    *Proposed Intervenor-Defendants*. | Civil Action No. 2:24-cv-00228-Z<br><br>**NOTICE OF APPEAL** |

    NOTICE is hereby given that Proposed Intervenor-Defendants, City of Columbus, Ohio, City of Madison, Wisconsin, and Doctors for America, appeal to the United States Court of Appeals for the Fifth Circuit from each and every part of the Attached Orders of the Honorable Matthew J. Kacsmaryk, entered on June 18, 2025 (ECF No. 111) (Exhibit A) and July 3, 2025 (ECF No. 114) (Exhibit B), granting Plaintiffs' Motion for Summary Judgment and denying Defendants' Motion to Dismiss for Lack of Jurisdiction.

Proposed Intervenors seek to protect their right to appeal from this judgement in the event of success on their related pending Appeal, filed on June 13, 2025 (ECF No. 109) (Exhibit C), of the Honorable Matthew J. Kacsmaryk's April 15, 2025 Order denying Proposed Intervenor Defendants' Motion to Intervene (ECF No. 103) (Exhibit D).

Date:  August 15, 2025

Respectfully submitted,

/s/ Shannon Rose Selden

Shannon Rose Selden – *Admitted Pro Hac Vice*
Zachary H. Saltzman – *Admitted Pro Hac Vice*
Adam Aukland-Peck – *Admitted Pro Hac Vice*
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000 (phone)
(212) 909-6836 (fax)
srselden@debevoise.com
saltzmzh@debevoise.com
aauklandpeck@debevoise.com

*Counsel to Proposed Intervenor-Defendants*

-and-

Carrie Y. Flaxman – *Admitted Pro Hac Vice*
Madeline H. Gitomer – *Admitted Pro Hac Vice*
DEMOCRACY FORWARD
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 (phone)
cflaxman@democracyforward.org
mgitomer@democracyforward.org
eleibowitz@democracyforward.org

*Counsel to Proposed Intervenor-Defendants*

-and-

Anna A. Moody – *Admitted Pro Hac Vice*
Gabriel A. Kohan – *Admitted Pro Hac Vice*
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue NW
Washington, DC 20004
(202) 383-8000 (phone)
(202) 383-8118 (fax)
amoody@debevoise.com
gakohan@debevoise.com

*Counsel to Proposed Intervenor-Defendants*

-and-

| | |
|---|---|
| Aisha Rich – *Admitted Pro Hac Vice*<br>PUBLIC RIGHTS PROJECT<br>490 43rd Street, Unit #115<br>Oakland, California 94609<br>(510) 214-6960 (phone)<br>aisha@publicrightsproject.org<br><br>*Counsel to City of Columbus and City of Madison* | Ryan Patrick Brown<br>RYAN BROWN ATTORNEY AT LAW P.L.L.C<br>1222 S. Fillmore<br>Amarillo, Texas 79101<br>(806) 372-5711 (phone)<br>ryan@ryanbrownattorneyatlaw.com<br><br>*Counsel to Proposed Intervenor-Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Shannon Rose Selden*
Shannon Rose Selden
