# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 10, 2025
Lyle W. Cayce
Clerk

No. 25-10743

---

CARMEN PURL, *M.D.*; CARMEN PURL, M.D., P.L.L.C., *doing business as* DR. PURL'S FAST CARE WALK IN CLINIC,

*Plaintiffs-Appellees*,

*versus*

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of the United States Department of Health and Human Services*; OFFICE FOR CIVIL RIGHTS OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; PAULA M. STANNARD, *in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services*,

*Defendants-Appellees*,

*versus*

CITY OF COLUMBUS, OHIO; CITY OF MADISON, WISCONSIN; DOCTORS FOR AMERICA,

*Movants-Appellants*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:24-CV-228

---

CLERK'S OFFICE:

Under FED. R. APP. P.42(B), the appeal is dismissed as of September 10, 2025, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Rebecca Jeanfreau*
Rebecca Jeanfreau, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT